| | | | | |
|---|---|---|---|---|
| Jackson v. Shikellamy School District | 2267CD15 | 10/18/2016 | Northumberland County CV–2015–456 | Affirmed |
| Mancini v. Comm. of PA | 191CD16 | 10/19/2016 | Lackawanna County 2015–CV–5633 | Vacated |
| Horan v. Newingham | 2622CD15 | 10/24/2016 | Centre County 2015–3388 | Affirmed in Part, Reversed in Part and Remanded |
| Cooper v. Department of Corrections | 691CD16 | 10/26/2016 | Huntingdon County CP–31–CV–2010–1814 | Affirmed |
| Brown v. City of Philadelphia | 359CD16 | 10/26/2016 | Philadelphia County 120502028 | Affirmed |
| Gilpatrick v. Comm. of PA | 2506CD15 | 10/26/2016 | Chester County 2014–00459 | Affirmed |
| Dolce v. Comm. of PA | 201CD16 | 10/28/2016 | Delaware County 2015–08617 | Affirmed in Part and Reversed in Part |
| Comm. of PA v. Comensky | 28CD16 | 10/31/2016 | Allegheny County SA 1355 of 2015 | Affirmed |
| Soeder v. Comm. of PA | 1437CD15 | 10/31/2016 | Somerset County 472 Civil 2014 | Affirmed |